

JUL 11 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) CASE NO.
                                    ) 1:13 CR 00278 AWI BAM
12              Plaintiff,          )
                                    ) EX PARTE MOTION TO SEAL INDICTMENT
13      v.                          ) PURSUANT TO RULE 6(E), FEDERAL
                                    ) RULES OF CRIMINAL PROCEDURE
14                                  )
   ABEL MARTIN CARREON,             )
15                                  )
                Defendant.          )
16 _____)

17

18      The United States of America moves the Court, pursuant to Rule
19 6(e) of the Federal Rules of Criminal Procedure, to order and direct
20 that the Indictment returned by the Grand Jury on July 11, 2013,
21 charging the above defendant with violations of 18 U.S.C. Sections
22 1341 (Mail Fraud), 1343 (Wire Fraud), 1031 (Major Fraud Against the
23 United States), 1028A(a)(1) (Aggravated Identity Theft) and
24 1956(a)(1)(B)(i) (Money Laundering), be kept secret until the
25 defendant named in the Indictment is either in custody or has been
26 given bail on these offenses; and further order that until such time
27 as the defendant is in custody or has been given bail, that no person
28 shall disclose the finding of the Indictment or any warrants issued

                                    1

1 | pursuant thereto, except where necessary for the issuance and
2 | execution of the warrants.
3 | DATED: July 11, 2013	BENJAMIN B. WAGNER
	United States Attorney

By: /s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant U.S. Attorney

IT IS SO ORDERED this 11 day of July, 2013

_____
U.S. Magistrate Judge