1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000




JUL 17 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:13-CR-278 AWI/BAM |
|---|---|
| Plaintiff, | ) |
| v. | ) MOTION TO UNSEAL INDICTMENT; AND ORDER |
| ABEL MARTIN CARREON, | ) |
| Defendant. | ) |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Henry Z. Carbajal, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record only.

Dated: July 17, 2013

/S/ Henry Z. Carbajal
HENRY Z. CARBAJAL
Assistant U. S. Attorney

IT IS SO ORDERED.

DATED: July 17, 2013

BARBARA A. McAULIFFE
United States Magistrate Judge

1