1 BENJAMIN B. WAGNER
United States Attorney
2 HENRY Z. CARBAJAL, III
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 (559) 497-4000
Facsimile: (559) 497-4099



6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00278-AWI-BAM |
|---|---|
| Plaintiff, | ORDER STAYING DEFENDANT'S PRE-TRIAL ORDER OF RELEASE DURING PENDENCY OF GOVERNMENT'S MOTION TO REVOKE DEFENDANT'S PRE-TRIAL ORDER OF RELEASE PURSUANT TO 18 U.S.C. § 3145(A) |
| v. | |
| ABEL MARTIN CARREON, | |
| Defendant. | |

BASED UPON the Government's motion to revoke the pre-trial order of release of defendant ABEL MARTIN CARREON and to stay the order of release during the pendency of its motion pursuant to 18 U.S.C. § 3145(a), dated August 2, 2013, this Court having original jurisdiction over the offenses charged by Indictment in this case, and good cause appearing,

IT IS HEREBY ORDERED that the pre-trial order of defendant ABEL MARTIN CARREON's release IS HEREBY STAYED.

IT IS FURTHER ORDERED that the defendant ABEL MARTIN CARREON will remain in United States Marshal's custody during the pendency of the government's motion and until further Order of the Court,

IT IS FURTHER ORDERED that the Fresno office of the Federal Public Defender is provisionally appointed to represent ABEL MARTIN CARREON for the motion to revoke.

1 IT IS FURTHER ORDERED that the hearing on this motion will be held on the 3rd of
2 ~~August~~ September, 2013, before this Court, Courtroom No. 2, 2500 Tulare Street, Fresno, California.
3 IT IS SO ORDERED.
4 Dated this 2nd day of August, 2013.

_____
HON. ANTHONY W. ISHII
SENIOR UNITED STATES DISTRICT JUDGE

Order Staying Defendant's Pre-Trial Order of Release During Pendency of Government's Motion to Revoke Pre-Trial Order

2