Robert D. Wilkinson       #100478
Andrea M. Upton            #285733
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   ABEL MARTIN CARREON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABEL MARTIN CARREON,<br><br>　　　　　Defendant. | CASE No. 1:13-CR-00278 AWI BAM<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE RE: MOTION TO REVOKE PRETRIAL ORDER OF RELEASE**<br><br>Judge:   Hon. ANTHONY W. ISHII |

　　　　　IT IS HEREBY STIPULATED by Defendant, ABEL MARTIN CARREON, by and though his authorized counsel, ROBERT D. WILKINSON and ANDREA M. UPTON, and the United States of America, by and though its authorized counsel, BENJAMIN B. WAGNER, United States Attorney, and HENRY CARBAJAL, Assistant United States Attorney, as follows:

　　　　　1.　　The Defendant shall file and serve his opposition to the Government's Motion to Revoke Pretrial Order of Release on or before Friday, August 23, 2013.

/ / /

/ / /

/ / /

/ / /

/ / /

1365104v1 / 10924.0048

2. The Government shall file and serve its Reply brief in support of its Motion on or before Wednesday, August 28, 2013.

Respectfully submitted,

DATED: August 19, 2013            BAKER MANOCK & JENSEN, PC

By: /s/ Robert D. Wilkinson
Robert D. Wilkinson
Andrea M. Upton
Attorneys for Defendant ABEL MARTIN CARREON

DATED: August 19, 2013            BENJAMIN B. WAGNER
United States Attorney

By: /s/ Henry Carbajal
Henry Carbajal
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: August 22, 2013            _____
SENIOR DISTRICT JUDGE

1365104v1 / 10924.0048

2

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE RE: MOTION TO REVOKE PRETRIAL ORDER OF RELEASE