Robert D. Wilkinson        #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   Defendant ABEL MARTIN CARREON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ABEL MARTIN CARREON,<br><br>        Defendant. | CASE No. 1:13-CR-00278 AWI BAM<br><br>**STIPULATION AND ORDER SETTING REOPENED DETENTION HEARING (18 U.S.C. § 3142(f))**<br><br>Judge:  Hon. ANTHONY W. ISHII<br>Date:   October 15, 2013<br>Time:  1:30 p.m.<br>Ctrm:  2 |

WHEREAS, on September 10, 2013, Defendant Abel Martin Carreon, through authorized counsel, submitted to the U.S. Pretrial Services Office a list of assets his family is willing to post as security for his release; and

WHEREAS, on September 3, 2013, at the hearing on the Government's Motion to Revoke Release, the information regarding these assets was not known to Mr. Carreon; and

WHEREAS, Mr. Carreon contends that the information regarding the available assets to secure his release are material to the issue of whether there are conditions of release that will reasonably assure his appearance if he is ordered released;

/ / /

/ / /

/ / /

1375273v1 / 10924.0048

STIPULATION AND [PROPOSED] ORDER SETTING REOPENED DETENTION HEARING

The parties hereto, by and through authorized counsel, stipulate that the hearing on Mr. Carreon's Motion to Reopen the Detention Hearing shall be heard on Tuesday, October 15, 2013, at 1:30 p.m. or at a date and time thereafter as is convenient for the Court.

DATED:  September 17, 2013

BENJAMIN B. WAGNER
United States Attorney


By:   /s/ Henry Z. Carbajal, III
HENRY Z. CARBAJAL, III
Assistant United States Attorney
Attorneys for Plaintiff UNITED STATES OF AMERICA


DATED: September 17, 2013

BAKER MANOCK & JENSEN, PC


By:   /s/ Robert D. Wilkinson
Robert D. Wilkinson
Attorneys for Defendant ABEL MARTIN CARREON


## ORDER

Defendant Abel Martin Carreon's Motion to Reopen Detention Hearing is hereby set for Tuesday, October 15, 2013, at 1:30 p.m. in Courtroom 2.


IT IS SO ORDERED.

Dated:   September 18, 2013                         _____
                                                    SENIOR  DISTRICT  JUDGE

1375273v1 / 10924.0048

2

STIPULATION AND ORDER SETTING REOPENED DETENTION HEARING