BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-cr-00278 AWI-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | |
| ABEL MARTIN CARREON, | DATE: November 25, 2013 TIME: 1:00 p.m. |
| Defendant, | JUDGE: Hon. Barbara A. McAuliffe |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on November 12, 2013 at 1:00 p.m.

2. By this stipulation, the parties now move to continue the status conference to **November 25, 2013 at 1:00 p.m.** before Judge McAuliffe, and to exclude time between the date of this stipulation and November 25, 2013 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The government concurs with this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. To date, the government has produced discovery associated with this case comprising over 80,000 pages of discovery, including investigative reports, bank records and related documents. This discovery has been produced directly to counsel. The government is also preparing supplemental discovery productions of additional items, and anticipates completing its production in the near future. Defense will need additional time to review this supplemental discovery as well the voluminous initial discovery production.

    b. Counsel for the government will be out of the office from November 11, 2013 through November 22, 2013. Moreover, counsel for defendant desires additional time in preparation of this case given the voluminous discovery in the case, and requests the additional time to do so.

    c. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government concurs with the request for continuance in light of its counsel being out of the office on November 12, 2013.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to November 25, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4. Nothing in this stipulation and order shall preclude a finding that other provisions of

the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: November 6, 2013

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: November 6, 2013

/s/Robert D. Wilkinson
ROBERT D. WILKINSON
Counsel for Defendant
ABEL MARTIN CARREON

**O R D E R**

IT IS SO ORDERED.

Dated:  **November 6, 2013**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE