Robert D. Wilkinson                #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   Defendant ABEL MARTIN CARREON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>ABEL MARTIN CARREON,<br><br>             Defendant. | CASE No. 1:13-CR-00278 AWI BAM<br><br>**STIPULATION AND  ORDER AMENDING PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT ABEL MARTIN CARREON (DOC 14)** |

WHEREAS, on August 15, 2013, the parties hereto, through authorized counsel, executed and the District Court approved and entered the Stipulation and Protective Order Between the United States and Defendant Abel Martin Carreon (Document 14) (hereinafter "Protective Order"); and,

WHEREAS, pursuant to paragraph 8 of the Protective Order the parties may seek to modify it; and,

WHEREAS, as of the date of this stipulation Plaintiff United States of America has produced 83,287 pages of discovery and one three-terabyte hard drive with the images of 16 personal computers thereon, and the United States anticipates producing additional discovery; and,

WHEREAS, Defense Counsel needs to be able to review the discovery produced by the United States with the defendant and the Protective Order impedes Defense Counsel's

1 ability to do so efficiently and economically;

2  The parties hereto, by and through authorized counsel, HEREBY STIPULATE that
3 subject to the District Court's approval the Protective Order is hereby amended by the addition of
4 the following paragraph numbered 9:

5  9. As long as the defendant remains in pretrial custody, Defense Counsel may
6 provide defendant with copies of the discovery produced by the United States without redaction of
7 Protected Material, to the extent that such redaction is required by the Protective Order, provided
8 that such copies bear the watermark "CONFIDENTIAL" across each page of such discovery
9 provided to the Defendant.  At no time will the defendant provide any copies of or show the
10 documents to any third party other than as required by security staff at the jail.  For the sake of
11 clarity, the parties hereto refer to a sample of such watermark which was provided to counsel for
12 the United States by Defense Counsel on November 4, 2013.  When the defendant is released from
13 pretrial custody pursuant to the District Court's Minutes (Document 24) and the related Order
14 Setting Conditions of Release referenced therein, the defendant will immediately return all such
15 discovery with the watermark "CONFIDENTIAL" to Defense Counsel, and not retain any copies
16 of such discovery.  At that stage, the parties will confer in regard to any further arrangements to
17 allow the defendant to review the discovery, if necessary, and attempt to come to a further

18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  agreement by stipulation.  If the parties are unable to come to an agreement, either party may seek

2  modification of the Protective Order, as amended herein, pursuant to paragraph 8 of the Protective

3  Order (Document 14).

4  DATED:  November 6, 2013

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            By:  /s/ Henry Z. Carbajal, III
                                            HENRY Z. CARBAJAL, III
                                            Assistant United States Attorney
                                            Attorneys for Plaintiff UNITED STATES OF AMERICA

DATED: November 6, 2013                     BAKER MANOCK & JENSEN, PC

                                            By:  /s/ Robert D. Wilkinson
                                            Robert D. Wilkinson
                                            Attorneys for Defendant ABEL MARTIN CARREON

**ORDER**

Good cause having been shown, IT IS HEREBY ORDERED that the Stipulation and Protective Order Between the United States and Defendant Abel Martin Carreon (Document 14) is hereby modified and amended by adding paragraph 9 set forth in the parties' stipulation above.

IT IS SO ORDERED.

Dated:   November 7, 2013

                                            SENIOR  DISTRICT  JUDGE