BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-cr-00278-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION RE PROTECTIVE ORDER AND SUBSTITUTION OF COUNSEL; ORDER |
| v. | |
| ABEL MARTIN CARREON, | JUDGE: Hon. Barbara A. McAuliffe |
| Defendant, | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.  The parties previously agreed to a protective order regarding discovery in this case, which District Judge Lawrence J. O'Neill approved on August 15, 2013 (Dkt. No. 14).  At that time, the defendant was represented by attorney Robert D. Wilkinson.  In that protective order, defense counsel agreed to withhold discovery from any new, substituted counsel unless and until new counsel agreed to be bound by the protective order.

2.  On November 7, 2013, the parties stipulated to an amendment of the protective order adding paragraph 9 to the protective order as indicated in the stipulation.  The Court approved the

modification.  See Dkt. No. 28.

    3.    On September 18, 2014, attorney Roger D. Wilson was ordered substituted in as attorney of record for the defendant, in place of Robert D. Wilkinson.  Roger D. Wilson, counsel for Abel Martin Carreon, agreed to be bound by all terms of the protective order in this case (Dkt. No. 14) and the modifications thereto (Dkt. No. 28).  See Dkt. No. 42.

    4.    On January 28, 2015, attorney Eric K. Fogderude was ordered substituted in as attorney of record for the defendant, in place of Roger D. Wilson.  See Dkt. No. 47.

    5.    Eric K. Fogderude, counsel for Abel Martin Carreon, has agreed to be bound by all terms of the protective order in this case (Dkt. No. 14) and the modifications thereto (Dkt. No. 28).

    6.    In light of attorney Eric K. Fogderude's agreement to be bound by the protective order in this case, discovery produced by the United States to attorney Robert D. Wilkinson and Roger D. Wilson in this case may be released to attorney Eric K. Fogderude.

IT IS SO STIPULATED.

DATED:   February 23, 2015

/s/ Henry Z. Carbajal III  
HENRY Z. CARBAJAL III  
Assistant United States Attorney

DATED:   February 3, 2015

/s/ Eric K. Fogderude  
Eric K. Fogderude  
Counsel for Defendant  
ABEL MARTIN CARREON

**O R D E R**

IT IS SO ORDERED.

Dated:   February 25, 2015

_____  
SENIOR DISTRICT JUDGE

2