Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone: 559-431-9710
Attorney for Defendant,   ABEL MARTIN CARREON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>   v.<br><br>ABEL MARTIN CARREON<br><br>                              Defendant. | No.  1:13-CR-00278-AWI-1<br><br>**STIPULATION AND ORDER TO ADVANCE SENTENCING HEARING**<br><br>**Date:  August 3, 2015**<br>**Time:  10:00 a.m.**<br>**Judge: Honorable Anthony W. Ishii**<br>          Senior United States Judge |

### STIPULATION

It is hereby stipulated by and between the parties hereto that the sentencing hearing in the above entitled matter now set for August 17, 2015, at 10:00 a.m., may be advanced to August 3, 2015 at 10:00 a.m. before the Honorable Anthony W. Ishii.

Good cause exists for the advancement of this sentencing hearing from August 17, 2015, at 10:00 a.m., to August 3, 2015 at 10:00 a.m. because neither party will be filing any formal objections to the Presentence Investigative Report.

DATED: July 21, 2015            FLETCHER & FOGDERUDE, INC.

                                  /s/ Eric K. Fogderude                .
                                ERIC K. FOGDERUDE
                                Attorney for Defendant,
                                ABEL MARTIN CARREON

1

1 | DATED: July 21, 2015          Benjamin B. Wagner
2 |                                United States Attorney
3 |                                /s/ Henry Carbajal                              .
4 |                                HENRY CARBAJAL , Assistant US Attorney

**ORDER**

For the above stated reasons, the court finds that good cause exists to advance the sentencing hearing for the above named defendant as requested. Therefore, the court grants the stipulation that the sentencing hearing be advanced from August 17, 2015, to August 3, 2015 at 10:00 a.m. in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated: __July 22, 2015__              _____
                                      SENIOR  DISTRICT  JUDGE