MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00278 LJO |
| Plaintiff, | STIPULATION RESCHEDULING EVIDENTIARY HEARING; ORDER |
| v. | DATE: October 29, 2018 |
| ABEL MARTIN CARREON, | TIME: 1:30 p.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an evidentiary hearing on the supervised release violation petition on September 24, 2018 at 1:30 p.m.

2. By this stipulation, the parties move to continue the evidentiary hearing until **October 29, 2018 at 1:30 p.m.**

3. The continuance is requested by the government, with the agreement of the defendant, to facilitate the in-person appearance and availability for testimony of two U.S. probation officers, one of which is not available on September 24, 2018. The earliest available date for the two

1

potential witnesses to appear in person is October 29, 2018.  The parties therefore stipulate and request that the current date set for the evidentiary hearing be vacated and that the matter be re-set for evidentiary hearing on October 29, 2018, at 1:30 p.m.

4. The parties further stipulate and agree that a hearing date of October 29, 2018 complies with the "reasonable time" requirement of Federal Rule of Criminal Procedure 32.1(b)(2).

IT IS SO STIPULATED.

DATED: September 13, 2018

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: September 13, 2018

/s/Robert C. Lamanuzzi
ROBERT C. LAMANUZZI
Counsel for Defendant
ABEL MARTIN CARREON

**O R D E R**

IT IS SO ORDERED.

Dated: **September 13, 2018**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE