MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00278 LJO |
|---|---|
| Plaintiff, | STIPULATION RESCHEDULING EVIDENTIARY HEARING; ORDER |
| v. | DATE: December 17, 2018 |
| ABEL MARTIN CARREON, | TIME: 1:30 p.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for an evidentiary hearing on the supervised release violation petition on October 29, 2018, at 1:30 p.m.

2.  By this stipulation, the parties move to continue the evidentiary hearing until **December 17, 2018, at 1:30 p.m.**

3.  The continuance is requested by the parties to facilitate the in-person appearance and availability for testimony of two U.S. probation officers and to accommodate the schedules of defense counsel and the Court. The earliest available date that the parties and potential witnesses

1

can appear in person for the evidentiary hearing is December 17, 2018. The parties therefore stipulate and request that the current date set for the evidentiary hearing be vacated and that the matter be re-set for evidentiary hearing on December 17, 2018, at 1:30 p.m.

4. The parties further stipulate and agree that a hearing date of December 17, 2018 complies with the "reasonable time" requirement of Federal Rule of Criminal Procedure 32.1(b)(2).

IT IS SO STIPULATED.

DATED: October 29, 2018

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: October 29, 2018

/s/Robert C. Lamanuzzi
ROBERT C. LAMANUZZI
Counsel for Defendant
ABEL MARTIN CARREON

**O R D E R**

So Found.

IT IS SO ORDERED.

Dated: **October 31, 2018**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE