1  ROBERT LAMANUZZI   SBN: 213673
   Attorney at Law
2  1330 L Street   Suite D
   Fresno CA 93721
3  (559) 441-1979

4
   Attorney for Defendant
5  ABEL CARREON

6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         Case No.: 1:13CR00278-001

12 |            Plaintiff,

13 |      v.                           STIPULATION AND ORDER TO
                                       CONTINUE HEARING
14 | ABEL CARREON,

15 |            Defendant.

16

17

18     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

19 counsel, ROBERT LAMANUZZI. attorney for Defendant ABEL CARREON, and HENRY

20 CARBAJAL, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for

21 September 23, 2019, at 8:30 a.m., shall be continued until NOVEMBER 18, 2019, at 8:30 a.m.

22     This continuance is necessary because compliance with one of the government's

23 subpoenas has been delayed due to the serious health condition of a subpoenaed party.  The

24 parties are informed that the subpoenaed party will be able to comply with the subpoena

25 following medical treatment which is anticipated to be completed shortly before November 18,

26 2019.

27 ///

28

                                    1

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: September 17, 2019   Respectfully submitted,

/s/ ROBERT LAMANUZZI.
ROBERT LAMANUZZI.
Attorney for Defendant,
ABEL CARREON

Dated:  September 17, 2019   Respectfully submitted,

/s/ HENRY CARBAJAL
HENRY CARBAJAL
Assistant U.S. Attorney

## **ORDER**

The hearing as to the above named defendant currently scheduled for September 23, 2019, at 8:30 a.m., is continued until NOVEMBER 18, 2019, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **September 18, 2019**          /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE