MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00278 LJO |
|---|---|
| Plaintiff, | STIPULATION RESCHEDULING SENTENCING; ORDER |
| v. | DATE: January 13, 2020 |
| ABEL MARTIN CARREON, | TIME: 8:30 a.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on the supervised release violation on November 18, 2019 at 8:30 a.m.

2. By this stipulation, the parties move to continue the sentencing until **January 13, 2020, at 8:30 a.m.**

3. The continuance is requested by the parties for the purpose of reviewing materials produced pursuant to subpoena on November 14, 2019. On that date, a subpoenaed party produced approximately 2,000 pages of material responsive to the government's subpoena. The government

1

and the defendant need additional time to review the produced materials to prepare for sentencing. Moreover, the subpoenaed party will be undergoing treatment for a serious medical condition. The government is currently assessing the produced materials to determine whether the personal appearance of the subpoenaed party at sentencing is necessary. The new proposed sentencing date of January 13, 2020 avoids dates that conflict with that party's medical treatment dates and is a date convenient for the government and defendant. The parties therefore stipulate and request that the current date set for sentencing be continued to January 13, 2020 at 8:30 a.m.

4. The parties further stipulate and agree that a sentencing date of January 13, 2020 complies with the "reasonable time" requirement of Federal Rule of Criminal Procedure 32.1(b)(2).

IT IS SO STIPULATED.

DATED: November 14, 2019

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: November 14, 2019

/s/Robert C. Lamanuzzi
ROBERT C. LAMANUZZI
Counsel for Defendant
ABEL MARTIN CARREON

IT IS SO ORDERED.

Dated: **November 15, 2019**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE