Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California 93755-5722
Telephone: (559)248-9833
Facsimile:  (559) 248-9820

Attorney for Defendant ABEL MARTIN CARREON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00278  DAD |
| *Plaintiff*, | STIPULATION FOR EXPEDITED ORDER TO DEFER SELF-SURRENDER FROM MAY 1, 2020 TO **SEPTEMBER 1, 2020**, DUE TO THE CORONAVIRUS PANDEMIC |
| v. | |
| ABEL MARTIN CARREON, | |
| *Defendant*. | |

**TO THE HONORABLE DALE A. DROZD, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Each party by and through their respective counsel stipulate and agree that defendant Abel Carreon's current self-surrender date of May 1, 2020 should be extended to **September 1, 2020** so that Mr. Carreon can avoid unnecessary health risks of incarceration created by the COVID-19 public health crisis, in light of his individual medical conditions.

This Court sentenced Mr. Carreon to thirty days of incarceration February 28, 2020 for a violation of supervision, failure to make restitution payments as directed.  See ECF Doc. 103. Mr. Carreon is not in custody and is neither a danger to the community nor a flight risk.

Given the quickly approaching date of surrender, the parties request an expedited order deferring Mr. Carreon's surrender date from May 1, 2020 to September 1, 2020.

1

**IT IS SO STIPULATED.**

Dated:  April 16, 2020                    Respectfully submitted,

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
ABEL CARREON


Dated:  April 16, 2020                    McGregor W. Scott
United States Attorney

By: /s/ Henry Carbajal
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America


## FINDINGS AND ORDER

**IT IS SO FOUND AND ORDERED** that due to the public health crisis of the COVID-19 pandemic, and in light of Mr. Carreon's individual medical conditions, defendant Abel Carreon's surrender date of May 1, 2020 is extended to **September 2, 2020**.  The defendant is ordered to self-surrender directly to the designated Bureau of Prisons facility on that date, by 2:00 p.m.  If a facility has not been designated, he is ordered to surrender to the United States Marshal for his district at 3470 Twelfth Street, Room G122, in Riverside on the same date and time.

IT IS SO ORDERED.

Dated:   **April 16, 2020**                    _____
UNITED STATES DISTRICT JUDGE