UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff-Respondent,<br><br>  v.<br><br>ABEL MARTIN CARREON,<br><br>  Defendant-Petitioner. | No. 1:13-cr-278-DAD-BAM-1<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. No. 120) |

On June 4, 2020, Abel Martin Carreon ("petitioner"), through counsel, filed a Petition for Writ of Habeas Corpus ("petition"), seeking review of his February 28, 2020, sentence imposed for a violation of probation. (Doc. No. 120.) Prior to filing his petition, on March 11, 2020, petitioner also filed a notice of direct appeal to the Ninth Circuit. (Doc. No. 104.) Consequently, on June 10, 2020, the court ordered petitioner to show cause why his petition should not be dismissed while his direct appeal is pending. (Doc. No. 122.) Before the court's order was docketed on June 11, 2020, the United States of America filed an opposition to the petition, seeking dismissal on grounds similar to those raised in the court's order to show cause. (Doc. No. 121.)

/////

/////

1

On June 29, 2020, the court received petitioner's statement of non-opposition to dismissal. (Doc. No. 123.) In light of petitioner's non-opposition, and for the reasons stated in the court's order to show cause, the court **HEREBY ORDERS** that the Petition for Writ of Habeas Corpus **IS DISMISSED WITHOUT PREJUDICE**. The court **DECLINES** to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:   **July 2, 2020**               /s/ Dale A. Drozd
                                         UNITED STATES DISTRICT JUDGE