```
Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
Facsimile:  (559) 248-9820
```

Attorney for Defendant ABEL MARTIN CARREON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  *Plaintiff*,  v.  ABEL MARTIN CARREON,  *Defendant*. | Case No. 1:13-cr-00278 DAD-BAM  STIPULATION FOR EXPEDITED ORDER TO DEFER SELF-SURRENDER FROM SEPTEMBER 1, 2020 TO **FEBRUARY 3, 2021**, DUE TO THE CORONAVIRUS PANDEMIC |

**TO THE HONORABLE DALE A. DROZD, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Each party by and through their respective counsel stipulate and agree that defendant Abel Carreon's current self-surrender date of September 1, 2020 should be extended to **February 1, 2021** so that Mr. Carreon can avoid unnecessary health risks of incarceration created by the COVID-19 public health crisis, and in light of his individual medical conditions. As the Court is well aware, the rate of coronavirus infections in the BOP prison system as well as California jails continue to pose serious health risks to inmates.  Mr. Carreon's age, 62, and underlying health concerns, obesity, hypertension, and angina, places him among those with the highest risk of death or serious illness from COVID-19.

*EXPEDITED MOTION TO MODIFY SENTENCE FROM IMPRISONMENT TO HOME DETENTION*

1

This Court sentenced Mr. Carreon to thirty days of incarceration February 28, 2020 for a violation of supervision, failure to make restitution payments as directed. See ECF Doc. 103. Mr. Carreon is not in custody and is neither a danger to the community nor a flight risk. Additionally, Mr. Carreon continues to make monthly restitution payments. The hearing on Mr. Carreon's appeal to the Department of Social Security is scheduled for October 8, 2020. At that time, it will be determined whether Mr. Carreon is eligible for Social Security disability. A positive decision will increase Mr. Carreon's monthly income which will in turn allow Mr. Carreon to make higher restitution payments.

Given the quickly approaching date of surrender, the parties request an expedited order deferring Mr. Carreon's surrender date from September 1, 2020 to February 1, 2021.

**IT IS SO STIPULATED.**

Dated:  August 10, 2020                           Respectfully submitted,

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
ABEL CARREON

Dated:  August 10, 2020                           McGregor W. Scott
United States Attorney

By: /s/ Henry Carbajal
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

**FINDINGS AND ORDER**

**IT IS SO FOUND AND ORDERED** that due to the public health crisis of the COVID-19 pandemic, and in light of Mr. Carreon's individual medical conditions, defendant Abel Carreon's surrender date of September 1, 2020 is extended to **February 3, 2021**. The defendant is ordered to self-surrender directly to the designated Bureau of Prisons facility on that date, at 2:00 p.m. If a facility has not been designated, he is ordered to surrender to the United States Marshal for his district at 3470 Twelfth Street, Room G122, in Riverside on the same date and time.

IT IS SO ORDERED.

Dated:   **August 10, 2020**               _Dale A. Drozd_
                                            UNITED STATES DISTRICT JUDGE