Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
Facsimile:  (559) 248-9820

Attorney for Defendant ABEL MARTIN CARREON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-278  NONE |
| *Plaintiff*, | STIPULATION FOR EXPEDITED ORDER TO DEFER SELF-SURRENDER FROM February 3, 2021 TO **JUNE 7, 2021**, DUE TO THE CORONAVIRUS PANDEMIC |
| v. | |
| ABEL MARTIN CARREON, | |
| *Defendant*. | |

**TO THE HONORABLE DALE A. DROZD, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Each party by and through their respective counsel stipulate and agree that defendant Abel Carreon's current self-surrender date of February 3, 2021 should be extended to **June 7, 2021,** so that Mr. Carreon can avoid health risks in reporting for his sentence of incarceration in light of the current state of the COVID-19 public health crisis, and in light of his individual medical conditions.

This Court sentenced Mr. Carreon to thirty days of incarceration February 28,

*EXPEDITED MOTION TO MODIFY SENTENCE FROM IMPRISONMENT TO HOME DETENTION*

1

2020 for a violation of supervision, failure to make restitution payments as directed. See ECF Doc. 103.  Mr. Carreon is not in custody and is neither a danger to the community nor a flight risk.  Additionally, Mr. Carreon continues to make monthly restitution payments.  On November 20, 2020, the Department of Social Security rendered a fully favorable decision on Mr. Carreon's application for disability beginning November 1, 2015.  This positive decision will increase Mr. Carreon's monthly income which will in turn allow Mr. Carreon to make higher restitution payments.  Incarceration may require suspension of disability payments.

Given the quickly approaching date of surrender, the parties request an expedited order deferring Mr. Carreon's surrender date from February 3, 2021 to June 7, 2021.

**IT IS SO STIPULATED.**

Dated:  January 12, 2021                    Respectfully submitted,

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
ABEL CARREON

Dated: January 12, 2021                    McGregor W. Scott
United States Attorney

By: /s/ Henry Carbajal
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

*EXPEDITED MOTION TO MODIFY SENTENCE FROM IMPRISONMENT TO HOME DETENTION*

2

# FINDINGS AND ORDER

**IT IS SO FOUND AND ORDERED** that due to the public health crisis of the COVID-19 pandemic, and in light of Mr. Carreon's individual medical conditions, defendant Abel Carreon's surrender date of February 3, 2021 is extended to **June 7, 2021**. The defendant is ordered to self-surrender directly to Lompoc USP SCP on that date, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **January 13, 2021**

*Dale A. Drozd*
_____
UNITED STATES DISTRICT JUDGE